**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSE CRUZ,<br><br>Plaintiff,<br><br>v.<br><br>SUPERINTENDENT THOMAS MCGINLEY, *et al.*,<br><br>Defendants. | No. 4:26-CV-02376<br><br>(Chief Judge Brann) |

**ORDER**

**AND NOW**, this 30th day of October 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Section 1983 claims are **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2. The court declines to exercise supplemental jurisdiction over any state-law claim, and therefore those claims are **DISMISSED** without prejudice. *See* 28 U.S.C. § 1367(c)(3).

3. Within **21 days** from the date of this Order, Plaintiff, if desired, may file an amended complaint in accordance with the accompanying Memorandum.

4. If no amended complaint is timely filed, any dismissal without prejudice will automatically convert to dismissal with prejudice and the Court will CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge